WILLIAM H. NOLLKAMPER, III
ATTORNEY AT LAW
372 West 12th Ave., Suite 6
Eugene, Oregon 97401
(541) 484-7193 OSB# 92108
Of Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KELLY SPAGNOLA | ) | Civil No. 04-6199-HO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |


Based upon the stipulation of the parties, it is hereby ORDERED that

attorney fees in the amount of $6,370.00 and no costs, for a total of $6,370.00, are

///////////////////
///////////////////
///////////////////
///////////////////
///////////////////


ORDER [00-6087-JO] - 1

awarded to Plaintiff and payment made to Plaintiff's attorney on behalf of

Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.


DATED this 12th day of May, 2005.

UNITED STATES DISTRICT JUDGE

Presented by:

WILLIAM H. NOLLKAMPER III, OSB # 92108
Attorney for Plaintiff
(541) 484-7193